No. 943, Misc. BANKS v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 951, Misc. RIVERS v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. Petitioner *pro se*. *Stanley M. Schwarz* for respondent.

No. 552, Misc. WINN v. UNITED STATES, 365 U. S. 848;

No. 686, Misc. ZENGER v. EAGER, NEW YORK STATE JUDGE, ET AL., 365 U. S. 851;

No. 713, Misc. COSTELLO v. NEW YORK, 365 U. S. 852; and

No. 723, Misc. MARTIN v. UNITED STATES, 365 U. S. 853. Petitions for rehearing denied.

MAY 8, 1961.

No. 141. KILLIAN v. UNITED STATES. Certiorari, 365 U. S. 810, to the United States Court of Appeals for the Seventh Circuit. The motion to dispense with printing of the record is granted. *M. Michael Essin* on the motion.

No. 635. MARTIN v. DAVIS, PROBATE JUDGE OF JOHNSON COUNTY, KANSAS. Appeal from the Supreme Court of Kansas. (Probable jurisdiction noted, 365 U. S. 857.) The motion to substitute Herbert Walton in the place of Joseph S. Davis as the party appellee is granted. *F. L. Hagaman* on the motion.

No. 705. VAN HOOK v. UNITED STATES, 365 U. S. 609. The motion for clarification and to settle order is denied. *Francis Heisler* on the motion.